IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00788-PAB-CBS

PLIA, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
a foreign corporation

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint and Concurrent Motion for Remand [Docket No. 21].

Plaintiff initiated this action in state court on March 1, 2011. The case arises out of an insurance coverage dispute between plaintiff and defendant. On March 28, 2011, defendant removed the matter to this Court, invoking 28 U.S.C. § 1332(a)(1) as the basis for this Court's subject matter jurisdiction. Section 1332(a)(1) states: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." In the present motion, plaintiff seeks to amend its complaint to join as a defendant Alpine Insurance Agency of Summit, doing business as Alpine Insurance Agency of Edwards ("Alpine"), the entity that procured the insurance coverage on plaintiff's behalf.

Plaintiff contends that the joinder of Alpine would destroy diversity and that, if

leave to amend is granted, the case must be remanded to state court.  Defendant does not object to plaintiff's request to join Alpine as a defendant, *see* Docket No. 21-1, and the Court is fully aware of the motion's premises.  Pursuant to 28 U.S.C. § 1447(e), *see Reigel v. Canyon Sudar Partners, L.L.C.*, No. 07-cv-00595-MSK-MJW, 2007 WL 3274430, at *3 (D. Colo. Nov. 5, 2007); *see also Baumeister v. Home Depot U.S.A., Inc.*, No. 10-cv-02366-LTB-MJW, 2011 WL 650338, at *2 (D. Colo. Feb. 11, 2011), it is

**ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend Complaint and Concurrent Motion for Remand [Docket No. 21] is GRANTED.  It is further

**ORDERED** that plaintiff is granted leave to file its amended complaint [Docket No. 21-3].

DATED July 7, 2011.

BY THE COURT:

S/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge