IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00788-PAB-CBS

PLIA, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
a foreign corporation,
ALPINE INSURANCE AGENCY OF SUMMIT, d/b/a Alpine Insurance
Agency of Edwards, a Colorado corporation,

    Defendants.

## ORDER

This matter is before the Court on plaintiff's amended complaint and jury demand [Docket No. 23].

Plaintiff initiated this action in state court on March 1, 2011. On March 28, 2011, defendant removed the matter to this Court, invoking 28 U.S.C. § 1332(a)(1) as the basis for this Court's subject matter jurisdiction. Section 1332(a)(1) states: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

In an Unopposed Motion for Leave to Amend Complaint and Concurrent Motion for Remand [Docket No. 21], plaintiff sought to amend its complaint to join as a defendant Alpine Insurance Agency of Summit, doing business as Alpine Insurance Agency of Edwards ("Alpine"). The Court granted plaintiff leave to amend its complaint

on July 7, 2011.  *See* Docket No. 22.  Plaintiff filed its amended complaint on July 7, 2011, adding Alpine as a defendant.  *See* Docket No. 23.  The parties agree that the joinder of Alpine destroys diversity and that the matter should be remanded to state court.[1]  Pursuant to 28 U.S.C. § 1447(e), it is

**ORDERED** that this matter shall be remanded to the District Court of Jefferson County, Colorado, where it was originally filed as Case No. 2011CV890.

DATED July 26, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1]Defendant did not object to the relief requested in plaintiff's Unopposed Motion for Leave to Amend Complaint and Concurrent Motion for Remand.  *See* Docket No. 21 at 1; Docket No. 21-1.